*655 KELLY, C.J.
(concurring in part and dissenting in part).* I concur in Justice WEAVER’S lead opinion except for part 11(A) and the portions of the introduction and conclusion discussing quo warranto.
I agree with Justice MARKMAN that the existence of an action for quo warranto does not prevent the Judicial Tenure Commission from assessing respondent’s misconduct, regardless of whether that conduct happens to in volve the improper exercise of a title to office. Accordingly, I concur in part II of Justice MARKMAN’s opinion. Given Judge Servaas’s admission that he moved outside his election division, I find that he did vacate his judicial office.
Under the unique facts of this case, I find that public censure is the appropriate sanction for the violations of counts I (vacating judicial office) and III (inappropriate sexual conduct).

 Amended by order entered September 11, 2009, 485 Mich 869— Reporter.